UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                                           CASE NO: 6:11-cr-191-Orl-22KRS

JOHN M. JENKINS

ORDER AND NOTICE
OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 120), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on November 18, 2015.

After an independent *de novo* review of the record in this matter, and noting that the parties filed Notices of No Objection (Doc. Nos. 121 & 122), and that Defendant requested an expedited sentencing hearing, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation entered November 18, 2015 (Doc. No. 120), is ADOPTED and CONFIRMED and made a part of this Order.

2. Defendant shall personally appear before this court on **TUESDAY, November 24, 2015, at 9:15 A.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why supervised release should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 18, 2015.

JOHN ANTOON II
United States District Judge
(signed in the absence of
Judge Anne C. Conway)

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
John M. Jenkins